# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-1977
_____

Jamila Reeves

*Plaintiff - Appellant*

v.

Carolyn W. Colvin,[1] Acting Commissioner, Social Security Administration

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Western District of Missouri - Jefferson City
_____

Submitted: January 8, 2025
Filed: January 14, 2025
[Unpublished]
_____

Before LOKEN, KELLY, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

---

[1]Carolyn Colvin has been appointed to serve as Acting Commissioner of the Social Security Administration, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c).

Jamila Reeves appeals the district court's[2] order dismissing as untimely her civil action for review of the denial of social security benefits. Upon careful review, we conclude that the action was untimely because Reeves commenced it beyond the 60-day filing deadline in 42 U.S.C. § 405(g). See Bess v. Barnhart, 337 F.3d 988, 989 (8th Cir. 2003) (per curiam). We also conclude that she is not entitled to equitable tolling of the deadline because she failed to explain how any of her health conditions prevented her from timely filing the action. See Thompson v. Comm'r of SSA, 919 F.3d 1033, 1036-38 (8th Cir. 2019).

Accordingly, we affirm.

_____

_____

[2]The Honorable Roseann A. Ketchmark, United States District Judge for the Western District of Missouri.